# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE ELDERWIN NEWSOM,<br><br>        Plaintiff,<br><br>    v.<br><br>WAL-MART STORES, INC.,<br><br>        Defendants. | 1:09-cv-00663-OWW-GSA<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br><br>(Document 18) |

On July 23, 2009, Plaintiff, Wayne Elderwin Newsom, appearing pro se, filed a motion to proceed in forma pauperis simultaneous with the filing of his Notice of Appeal filed that same date. (Doc. 18.) Plaintiff seeks to appeal from the Honorable Oliver W. Wanger's Memorandum Decision of June 23, 2009, wherein certain causes of action were dismissed with prejudice from Plaintiff's Fifth Amended Complaint. (*See* Doc. 13.) On July 28, 2009, Plaintiff's interlocutory appeal was processed to the Ninth Circuit Court of Appeals. (Doc. 19.)

//
//
//
//

1  Having reviewed the in forma pauperis application filed July 23, 2009, this Court
2  GRANTS Plaintiff Newsom's application.

4  IT IS SO ORDERED.

5  Dated: __August 4, 2009__          ___/s/ Gary S. Austin___
                                           UNITED STATES MAGISTRATE JUDGE