UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE NEWSON, ) | 1:09-cv-0663 OWW GSA |
|              Plaintiff, ) | ORDER TO SHOW CAUSE |
|     v. ) | OSC Hearing Date: 11/2/09 |
| WAL-MART STORES, INC., ) | 10:00 Ctrm. 3 |
|              Defendant. ) | |

The Scheduling Conference in this case was held October 1, 2009, at 8:15 a.m.  Plaintiff did not appear.  Defendant, Wal-Mart Stores, Inc., appeared by and through counsel Sweta H. Patel, Esq.

The parties submitted a joint scheduling statement filed August 3, 2009, which the Plaintiff executed.  A Supplemental Scheduling Conference Statement was submitted September 29, 2009, which the Plaintiff did not execute.

The Plaintiff did not appear for the Scheduling Conference and Defendant's efforts for the last week and a half to reach him by electronic mail and telephone have been unsuccessful.

Wayne Newson is Ordered to Show Cause, if any he has, why this case should not be dismissed on account of his failure to

1

prosecute and to obey a court order in not appearing at the scheduling conference.  Plaintiff shall appear November 2, 2009, at 10:00 a.m. in Courtroom 3 to show cause why the case should not be dismissed.

IT IS SO ORDERED.

Dated:     October 1, 2009                       /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE