IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE NEWSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>WAL-MART STORES, INC.,<br><br>          Defendant. | No. CV-F-09-663 OWW/GSA<br><br>ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SIXTH AMENDED COMPLAINT FROM FEBRUARY 1, 2010 TO MONDAY, MARCH 22, 2010 AT 10:00 A.M. AND DIRECTING PLAINTIFF TO FILE DECLARATION ATTACHING COPY OF PROPOSED SIXTH AMENDED COMPLAINT AS AN EXHIBIT |

The hearing on Plaintiff's motion for leave to file his Sixth Amended Complaint is continued from February 1, 2010 to Monday, March 22, 2010 at 10:00 a.m.  Plaintiff is ordered to file his declaration attaching thereto a copy of his proposed Sixth Amended Complaint as required by Rule 5-137(c), Local Rules of Practice.  Plaintiff shall comply with this Order within ten (10) court days; failure to timely comply will result in the denial of Plaintiff's motion for leave to file the Sixth Amended Complaint.

1    IT IS SO ORDERED.

2    **Dated:   January 25, 2010**                             **/s/ Oliver W. Wanger**
                                                     UNITED STATES DISTRICT JUDGE