**Wayne E. Newson,**
334 South Parsons Ave., #6
Merced, CA 95341
T: (209) 947-2991

In Pro Per

**Gregory L. Spallas, Esq., SBN 129306**
**Sweta H. Patel, Esq., SBN 247115**
PHILLIPS, SPALLAS & ANGSTADT LLP
Three Embarcadero Center, Suite 550
San Francisco, California 94111
Tel:    (415) 278-9400
Fax:    (415) 278-9411
spatel@psalaw.net
gspallas@psalaw.net

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE NEWSON, ) <br> ) <br>  Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> WAL-MART STORES, INC. ) <br> ) <br>  Defendant. ) <br> ) <br> _____ ) | Case No.  1:09-cv-00663-OWW-GSA <br><br> **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: June 2, 2010

　　　　　　　　　　　　　　　　__/s/ Wayne Newson_____
　　　　　　　　　　　　　　　　Attorney(s) for Plaintiff(s)


　　　　　　　　　　　　　　　　__/s/ Sweta H. Patel_____
　　　　　　　　　　　　　　　　Attorney(s) for Defendant(s)

1
2
3  IT IS SO ORDERED.
4      Dated:   **June 3, 2010**                             **/s/ Oliver W. Wanger**
5                                                          UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28