**Wayne E. Newson,**
334 South Parsons Ave., #6
Merced, CA 95341
T: (209) 947-2991

In Pro Per

**Gregory L. Spallas, SBN 129306**
**Sweta H. Patel, SBN 247115**
PHILLIPS, SPALLAS & ANGSTADT LLP
Three Embarcadero Center, Suite 550
San Francisco, California 94111
Tel:   (415) 278-9400
Fax:   (415) 278-9411
spatel@psalaw.net
gspallas@psalaw.net

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| WAYNE NEWSON, | ) Case No. 1:09-cv-00663-OWW-GSA |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO EXTEND** |
|  | ) **DISCOVERY DEADLINES; ORDER** |
| WAL-MART STORES, INC. | ) |
| Defendant. | ) |

TO THE COURT:

The parties to this action, Defendant WAL-MART STORES, INC. ("Wal-Mart" or "Defendant") and Plaintiff WAYNE NEWSON ("Wayne Newson" or "Plaintiff"), by their respective counsel, if any, hereby stipulate and request that the Court extend the following discovery deadlines:

1. **Date for disclosure of expert witnesses (FRCP 26(a)(2))**

The parties will disclose all expert witnesses by <u>July 30, 2010</u>, and supplemental expert disclosures are by<u> August 13, 2010.</u>

2. **Cut-off date for expert witness discovery**

The last day to conduct expert witness discovery is <u>August 30, 2010.</u>

Dated: June 21, 2010

    <u>/s/ Wayne Newson</u>
Wayne Newson
Plaintiff
In Pro Per

Dated: June 21, 2010

    <u>/s/ Sweta H. Patel</u>
Gregory L. Spallas
Sweta H. Patel
PHILLIPS, SPALLAS & ANGSTADT LLC
Attorneys for Defendant
Wal-Mart Stores, Inc.

IT IS SO ORDERED.

Dated:   **June 21, 2010**          **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE