**Wayne E. Newson**
334 South Parsons Ave., #6
Merced, CA 95341
Tel: (209) 947-2991

**In Pro Per**

**Gregory L. Spallas, SBN 129306**
**Anna C. Gehriger, SBN 248484**
PHILLIPS, SPALLAS & ANGSTADT LLP
Three Embarcadero Center, Suite 550
San Francisco, California   94111
Tel:     (415) 278-9400
Fax:    (415) 278-9411
gspallas@psalaw.net
agehriger@psalaw.net

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE NEWSON,<br><br>            Plaintiff,<br><br>     vs.<br><br>WAL-MART STORES, INC.<br><br>            Defendant. | Case No.  1:09-cv-00663-OWW-GSA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)(1)** |

   IT IS HEREBY STIPULATED by the parties to this action, through their designated counsel, that the above-captioned action be dismissed in its entirety with prejudice pursuant to FRCP 41 (a)(1), each party to bear its own fees and costs

Dated: September 17, 2010          /s/ Wayne E. Newson
                                   Wayne E. Newson
                                   Plaintiff
                                   In Pro Per
                         (original signature retained by attorney Gregory Spallas)

1

Dated: September 22, 2010        /s/ Gregory L. Spallas
2                                 Gregory L. Spallas
                                  Anna C. Gehriger
3                                 PHILLIPS, SPALLAS & ANGSTADT LLP
                                  Attorneys for Defendant
4                                 WAL-MART STORES, INC.

5

6

7
                                **ORDER**
8
UPON AGREEMENT OF THE PARTIES,
9

10

11

12  IT IS SO ORDERED.

13
    Dated:  **September 24, 2010**              **/s/ Oliver W. Wanger**
14                                              UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28